JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 368 -- <u>IN RE FOOD FAIR SECURITIES LITIGATION</u>

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 11/7/78 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE, w/EXHIBIT A -- Defendants Hasam Realty Corp., et al.; Food Fair, Inc.; and Filigree Foods, Inc.<br>　　SUGGESTED TRANSFEREE COURT:  S. D. NEW YORK<br>　　SUGGESTED TRANSFEREE JUDGE:　　　　　　　　　(cds) |
| 11/17/78 | 2 | RESPONSE -- Plaintiffs Bader w/cert. of svc. (ea) |
| 11/17/78 | 3 | RESPONSE -- Harold Friedland, et al. w/cert. of svc. (ea) |
| 11/22/78 | 4 | RESPONSE/BRIEF w/Exhibits A through F -- Plaintiff Harry Lewis -- w/cert. of service   (cds) |
| 11/21/78 | | APPEARANCES:  HAROLD CRAMER, ESQ. FOR Harold Friedland,<br>　　　　　　Michael Friedland, Richman Associates,<br>　　　　　　and MGS Incentives Co.<br>　　　　HAROLD E. KOHN, ESQ. FOR Hasam Realty Corp.,<br>　　　　　　Samuel Friedland, Jack Friedland, George<br>　　　　　　Friedland, Louis Stein, Samuel Stein,<br>　　　　　　Frank N. James, Hess Kline, Gerald<br>　　　　　　Nathanson, Herman R. Silver, W. Paul<br>　　　　　　Stillman, William P. Davis, III,<br>　　　　　　and Willard S. Boothby, Jr.<br>　　　　HOWARD F. GORDON, ESQ. FOR Food Fair, Inc.<br>　　　　SAMUEL P. SPORN, ESQ. FOR Eleanor and Irving<br>　　　　　　Bader<br>　　　　AARON M. FINE, ESQ. FOR Harry Lewis   (cds) |
| 12/1/78 | 5 | REPLY ~~RESPONSE~~ w/Exhibits A and B -- Defendants Hasam Realty Corp et al., and Food Fair Inc. -- w/ cert. of serv. (cds) |
| 12/6/78 | | APPEARANCE -- Barry S. Augenbraun for Laventhol & Horwath (emh) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-3 for hearing to be held in Wash., D.C. on Jan. 19, 1979. (ea) |
| 12/22/78 | 6 | SUPPLEMENTAL MOTION -- Counsel for Defendant, Harold E. Kohn,-- to include additional action Mary M. Stein v. Jack Friedland, et al., C.A. No. 78-3667 -- w/complaint and w/cert. of svc.  (emh) |
| 12/27/78 | | AMENDMENT TO HEARING ORDER -- including (B-4) Mary Stein, etc. v. Jack M. Friedland, et al., E.D.Pa., # 78-3667<br>　　　　　　　　　　　　　　　　　　　　(emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 368 -- IN RE FOOD FAIR SECURITIES LITIGATION

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 1/8/79 | 7 | RESPONSE/MEMORANDUM/CERT. OF SVC. -- Plaintiff Stein. (ea) |
| 1/8/79 | | APPEARANCE: BENEDICT WOLF, ESQ. FOR Mary M. Stein (cds) |
| 1/15/79 | 8 | RESPONSE/MEMORANDUM -- Interested Party Plaintiff Goldman - w/cert. of service   (cds) |
| 1/15/78 | 9 | SUPPLEMENTAL RESPONSE/MEMORANDUM -- Plaintiff Lewis -- w/cert. of service  (cds) |
| 1/18/79 | 10 | RESPONSE (SUPPLEMENTAL) -- Movants w/cert of service (rew) |
| 1/19/79 | | HEARING APPEARANCES -- <br> Harold E. Kohn for Hasam Realty Corp., et al. <br> Allen D. Black for Harry Lewis <br> Stephen P. Hoffman for Alton E. Gross <br> Harold Cramer for Harold Friedland, et al.  (emh) |
| 3/1/79 | | OPINION AND ORDER -- Consolidating A-1 through B-6 in the Eastern District of Pennsylvania before the Honorable Daniel H. Huyett, III for coordinated or consolidated pretrial proceedings -- Notified involved judges, clerks, and recipients (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 368 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FOOD FAIR SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/19/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/1/79 | PC | 465 F.Supp. 1301 | E.D. Pa. | Daniel H. Huyett, III | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 368 -- IN RE FOOD FAIR SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Alton E. Gross v. Harold Friedland, et al. | S.D.N.Y. Weinfeld | 78-4162 | 3/1/79 | 79-1243 | 9/30/80 | |
| A-2 | Eleanor Bader v. Food Fair, Inc., et al. | S.D.N.Y. Cannella | 78-4844 | 3/1/79 | 79-1220 | 9/30/80 | |
| A-3 | Harry Lewis v. Filigree Foods, Inc., et al. | E.D.Pa. Huyett | 78-2905 | ——— | | 9/30/80 | |
| B-4 | Mary M. Stein, etc. v. Jack M. Friedland, et al. | E.D.Pa. Bechtle | 78-3667 | ——— | | 9/30/80 | |
| B-5 | Steven Goldman v. Jack M. Friedland, et al. | E.D.Pa. | 78-4378 | ——— | | 9/30/80 | |
| B-6 | William Elster v. Samuel Friedland, et al. | S.D.N.Y. Weinfeld | 78-6074 | 3/1/79 | 79-1235 | 9/30/80 | |

July 1979 - 3 TR; 3 XX 2 = 6 Pdg.

July 1980 - Same

July 1981 - Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 368 -- IN RE FOOD FAIR SECURITIES LITIGATION

---

FOOD FAIR, INC.
Howard F. Gordon, Esq.
3175 John F. Kennedy Blvd.
Philadelphia, Pennsylvania  19101

Harold Friedland
Michael Friedland
MGS Incentives Company
Richman Associates Ltd.
Edward Richman
Harold Cramer
Mesirov, Gelman, Jaffe, Cramer &
   Jamieson
15th Floor, Fidelity Building
Philadelphia, Pennsylvania  19109

Hasam Realty Corporation
Samuel Friedland
Jack Friedland
George Friedland
Louis Stein
Samuel Stein
Frank N. James
Hess Kline
Gerald Nathanson
Herman R. Silver
John R. Lilly

Stuart H. Savett, Esquire
Harold E. Kohn, Esquire
Kohn, Savett, Marion & Graf, P.C.
Suite 1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania  19103

ELEANOR AND IRVING BADER (A-2)
Samuel P. Sporn, Esq.
Schoengold & Sporn, P.C.
217 Broadway
New York, New York  10007

HARRY LEWIS (A-3)
Aaron M. Fine, Esquire
Fine, Kaplan and Black
1845 Walnut Street, 23rd Floor
Philadelphia, Pennsylvania  19103

ALTON E. GROSS (A-1)
Abe Pomerantz, Esquire
Pomerantz, Levy, Haudek & Block
295 Madison Avenue
New York, New York  10017

LEO DICANDILO

Unable to determine counsel

W. Paul Stillman
William P. Davis, III
Willard S. Boothby, Jr.
Arthur E. Newbold, IV, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
Philadelphia, Penna.  19102

LAVENTHOL & HORWATH
Barry S. Augenbraun, Esquire
Suite 1900
1845 Walnut Street
Philadelphia, Penna.  19103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___& 2___

DOCKET NO. ___368___ -- _____

MARY M. STEIN, ETC. (B-4)
Benedict Wolf, Esq.
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York   10022

STEVEN GOLDMAN (B-5)
David Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA   19103

WILLIAM ELSTER (B-6)
A. Arnold Gershon, Esq.
212 East 39th Street
New York, New York   10016

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __368__ -- IN RE FOOD FAIR SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| FILIGREE FOODS, INC. | A-3  A-1  B-6 |
| RICHMAN ASSOCIATES, INC. | A-3  A-1  B-6 |
| HASAM REALTY CORP. | A-3  A-1  B-6 |
| HAROLD FRIEDLAND | A-3  A-1  A-2  B-6 |
| SAMUEL FRIEDLAND | A-3  A-1  A-2  B-4  B-5  B-6 |
| JACK M. FRIEDLAND | A-3  A-1  A-2  B-4  B-5  B-6 |
| ~~JACK~~ GEORGE FRIEDLAND | A-3  A-1  A-2  B-4  B-5  B-6 |
| LOUIS STEIN | A-3  A-2  B-4  B-5  B-6 |
| SAMUEL STEIN | A-3  A-1  A-2  B-6 |
| WILLIAM S. BOOTHBY, JR. | A-3  A-1  A-2  B-4  B-5 |
| WILLIAM P. DAVIS, III | A-3  A-1  A-2  B-4  B-5  B-6 |

p. _____

| | |
|---|---|
| FRANK N. JAMES | A-3 A-1 A-2 B-4 B-5 B-6 |
| HESS KLINE | A-3 A-1 A-2 B-4 B-5 B-6 |
| GERALD NATHANSON | A-3 A-1 B-4 B-5 B-6 |
| ARTHUR S. ROSENBERG | A-3 |
| HERMAN R. SILVER, | A-3 A-1 A-2 B-4 B-5 B-6 |
| W. PAUL STILLMAN | A-3 A-1 A-2 B-4 B-5 B-6 |
| FOOD FAIR STORES, INC. | A-3 A-1 A-2 B-6 |
| Robert Nathanson | A-1 A-2 |
| Edward Richman | A-1 |
| Leo Dicandilo | A-2 B-6 |
| Laventhol + Horwath | A-2 |
| John R. Lilly | B-4 B-5 |